# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>*Plaintiff*,<br><br>vs.<br><br>EUGENE ROBERSON, JR., individually and as personal representative and attorney-in-fact for the Estate of Eugene Roberson, Sr., and LASHELLE NICOLE VESTER,<br><br>*Defendants*. | Civil Action No. 2:23-cv-02070-JTF-cgc |

## PLAINTIFF JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S MOTION FOR DEFAULT JUDGMENT

Plaintiff John Hancock Life Insurance Company (U.S.A.) ("John Hancock"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 55(b), respectfully moves for entry of default judgment against Defendants Lashelle Nicole Vester and Eugene Roberson, Jr., in his individual capacity, in the total amount of $123,062.87. In support of this Motion, John Hancock is filing herewith a supporting memorandum of law, as well as supporting declarations from AVP and Associate Chief Counsel of John Hancock, William A. Gottlieb and attorney, Emily C. Burke.

1

Respectfully submitted on this 26th day of April, 2023.

/s/ Emily C. Burke
Emily C. Burke, Tennessee Bar No. 039223
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
Telephone: 205-254-1000
Email: eburke@maynardcooper.com

*Attorney for Plaintiff John Hancock Life Insurance Company (U.S.A.)*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 26, 2023 a copy of the foregoing has been served on the following defendants by using U.S. Mail, postage prepaid and properly addressed:

Eugene Roberson, Jr.,
1788 Firwood Court
Orlando, Florida 32818

Lashelle Nicole Vester
4544 Cottage Hill Cove
Memphis, Tennessee 38053

               */s/ Emily C. Burke*
               **OF COUNSEL**