# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 2:23-cv-02070-JTF-cgc ) |
| EUGENE ROBERSON, JR., individually as personal representative and attorney-in-fact for the Estate of Eugene Roberson, Sr., and LASHELLE NICOLE VESTORY | ) ) ) ) ) ) |
| Defendants. | ) ) |

# JUDGMENT

Decision by the Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that all claims against Defendant Eugene Roberson Jr. in this action are dismissed with prejudice in accordance with the Order of Dismissal, entered on November 7, 2023.  (ECF No. 65.)

# APPROVED:

*s/John T. Fowlkes, Jr.*                                                                        WENDY OLIVER
JOHN T. FOWLKES, JR.                                                             CLERK
UNITED STATES DISTRICT JUDGE

November 7, 2023                                                                        s/Dairanetta S. Spain
DATE                                                                                            (By) LAW CLERK