# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 2:23-cv-02070-JTF-cgc |
| **EUGENE ROBERSON, JR., individually as personal representative and attorney-in-fact for the Estate of Eugene Roberson, Sr., and LASHELLE NICOLE VESTOR** ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## JUDGMENT

Decision by the Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order Granting Plaintiff's Motion for Default Judgment, entered on December 12, 2023.  (ECF No. 72.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

December 13, 2023  
DATE

WENDY OLIVER  
CLERK

s/Dairanetta S. Spain  
(By) LAW CLERK